UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALEX VINCENT KROMAH** | **DOCKET NO. 6:25-cv-00488 SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE AYO** |

### REPORT AND RECOMMENDATION

Before the Court is a Petition for Writ of Habeas Corpus (28 U.S.C. § 2241) filed by *pro se* Petitioner Alex Vincent Kromah. Kromah was an immigration detainee in the custody of the Department of Homeland Security/U.S. Immigration and Customs Enforcement. At the time of filing on April 11, 2025, Kromah was detained at the Pine Prairie Correctional Center, in Pine Prairie, Louisiana and challenged his continued detention.

The Court has been notified by the United States Attorney's Office that Kromah has been removed. The release from custody renders his Petition for Writ of Habeas Corpus moot, as he has achieved the relief sought in his habeas petition. *See Goldin v. Bartholow*, 166 F.3d 710, 717 (5th Cir. 1999) ("[A] moot case presents no Article III case or controversy, and a court has no constitutional jurisdiction to resolve the issues it presents.").

Accordingly,

**IT IS RECOMMENDED** that the instant Petition for Writ of Habeas Corpus be **DISMISSED** as **MOOT**.

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A

party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers this 25th day of November, 2025.

_____
David J. Ayo
United States Magistrate Judge