# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **ALEX VINCENT KROMAH** | **CIVIL CASE NO. 6:25-CV-00488** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **U S IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 10], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED THAT the instant PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DENIED and DISMISSED as MOOT.

THUS DONE AND SIGNED in Chambers this 11th day of December, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE